UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ADOLFO DUBON SANTOS,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

No.  2:26-cv-01268-DAD-AC

ORDER GRANTING PETITION FOR WRIT
OF HABEAS CORPUS AND DENYING
PETITIONER'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AS
MOOT

(Doc. Nos. 1, 2)

On April 2, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  That same day, petitioner also filed a motion for temporary restraining order requesting his immediate release.  (Doc. No. 2.)  On April 2, 2026, the court set a briefing schedule as to petitioner's motion for a temporary restraining order and directed respondent to address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in this court's recent decision in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025), where the court concluded that due process required a pre-detention hearing to protect the petitioner's liberty interest in her continued release.  (Doc. No. 4.)

/////

1

On April 3, 2026, respondent filed an opposition to the motion for temporary restraining order.  (Doc. No. 6.)  In that opposition, respondents concede that there are no material factual or legal distinctions between this case and *Ayala Cajina*.  (*Id.* at 1.)  Respondent also argues in pertinent part that petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2) (*id.* at 2), an argument which the undersigned has rejected on several prior occasions.  *See Wasef v. Chestnut*, No. 1:26-cv-01078-DAD-JDP (HC), 2026 WL 392389, at *2–3 (E.D. Cal. Feb. 12, 2026).  Finally, respondent states in its opposition that it does not oppose resolving the underlying petition for writ of habeas corpus based on the current briefing before the court.  (Doc. No. 6 at 1.)

In support of his petition for writ of habeas corpus and motion for a temporary restraining order, petitioner presents evidence of the following.

Petitioner entered the United States on or about November 22, 2006 without inspection. (Doc. No. 1 at 5.)  Petitioner has since filed pending applications for adjustment of status to become a permanent resident of the United States and for asylum, and the government did not previously choose to detain petitioner when he filed those applications.  (*Id.*)  On January 27, 2026, petitioner encountered and was detained by immigration authorities.  (*Id.*)

Because respondent has conceded that this case is not substantively distinct from the court's prior order in *Ayala Cajina*, the court incorporates and adopts the reasoning set forth in that order and finds that petitioner's continued detention violates due process.

For the reasons above,

1.     Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

      a.     Respondent is ORDERED to immediately release petitioner Jose Adolfo Dubon Santos, A-Number 094-859-002, from respondent's custody on the conditions, if any, he was subject to prior to his detention on January 27, 2026;

      b.     Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge,

at which hearing respondent will bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

2.    Petitioner's motion for a temporary restraining order (Doc. No. 2) is hereby DENIED as having been rendered moot in light of this order granting his petition for habeas relief on the merits; and

3.    The Clerk of the Court is directed to serve a copy of this order on California City Detention Facility; and

4.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE